CO-386-online
10/03

# United States District Court
# For the District of Columbia

The James Madison Project, et al. )
)
)
)
)
                Plaintiff )    Civil Action No. __22-92__
vs )
Department of Justice )
)
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __The James Madison Project__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The James Madison Project__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

975905
_____
BAR IDENTIFICATION NO.

Bradley P. Moss
_____
Print Name

1250 Connecticut Avenue, N.W., Suite 200
_____
Address

Washington    D.C.    20036
_____
City    State    Zip Code

(202) 907-7945
_____
Phone Number