IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 1:22-cv-00092-JMC |

**ANSWER**

Defendant United States Department of Justice ("DOJ") hereby answers the numbered paragraphs of the Plaintiffs' Complaint as follows:

1. The allegations contained in paragraph 1 consist of Plaintiffs' legal conclusions regarding jurisdiction, to which no response is required.

2. The allegations contained in paragraph 2 consist of Plaintiffs' legal conclusions regarding venue, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 3.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 4.

5. Defendant admits that the DOJ is an agency of the United States Government. Defendant avers that the OIG is "a statutorily created independent entity" within the DOJ. 28 C.F.R. § 0.29a(a). The remaining allegations contained in paragraph 5 consist of legal conclusions, to which no response is required.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 concerning Plaintiffs' motivations for this lawsuit and belief about the contents of the requested records.

7. The allegations in paragraph 7 do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. To the extent a response is deemed required, Defendant admits that on April 9, 2018, the FBI executed searches of Mr. Michael Cohen's office, among other locations, pursuant to warrants authorized under Rule 41 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 2703. Defendant further admits that on August 21, 2018, Mr. Cohen entered a guilty plea in *United States v. Cohen,* case no. 18-cv-00602 (S.D.N.Y.) to eight counts, including criminal tax evasion, making false statements to a federally-insured bank, and campaign finance violations. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 7.

8. The allegations in paragraph 8 do not set forth a claim for relief or aver facts in support of a claim to which an answer is required. To the extent a response is deemed required, Defendant admits the U.S. Bureau of Prisons transferred Mr. Cohen from Federal Correctional Institution, Otisville, to home confinement in July 2020 pursuant to the Orders entered in *Cohen v. Barr*, case no. 20-cv-05614-AKH (S.D.N.Y.). Defendant denies that Mr. Cohen was released from home confinement on November 21, 2022. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 8.

9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9 concerning Plaintiffs' motivations for this lawsuit and beliefs about the contents of the requested records.

10. Defendant realleges and incorporates by reference its responses to paragraphs 6 through 9 of the Complaint.

11. Admitted.

12. Defendant admits Plaintiffs' FOIA request to the FBI requested the following (subject to certain exclusions noted in the request itself): "copies of all records in the possession or control of the FBI, including cross-references, regarding the entirety of the FBI's investigation into, arrest of and ultimate prosecution of Mr. Cohen . . . . from January 1, 2016, up until the date upon which the agency begins conducting searches for responsive records." Defendant respectfully refers the Court to the FOIA request itself for a full and accurate statement of its contents. Defendant further admits that, in conjunction with Plaintiffs' FBI FOIA request, Plaintiffs submitted a Certificate of Identity, Form DOJ-361, executed by Michael Cohen, which included Mr. Cohen's authorization to release information to Plaintiffs' counsel in this case. Defendant lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in paragraph 12.

13. Admitted.

14. Defendant admits the allegations contained in the first sentence of paragraph 14. Defendant avers that, on December 17, 2021, the FBI responded to Plaintiffs' FOIA request to acknowledge receipt and assign the following control number: 1510623-000. The allegation in the second sentence of paragraph 14 consists of Plaintiffs' legal conclusions regarding exhaustion, to which no response is required.

15. Defendant realleges and incorporates by reference its responses to paragraphs 6 through 9 of the Complaint.

16. Admitted.

17.     Defendant admits Plaintiffs' FOIA request to the DOJ OIG requested the following (subject to certain exclusions noted in the request itself): "copies of all records in the possession or control of the DOJ OIG, including cross-references, regarding the entirety of the U.S. Government's investigation into, arrest of and ultimate prosecution of Mr. Cohen. . . . from January 1, 2016, up until the date upon which the agency begins conducting searches for responsive records."  Defendant respectfully refers the Court to the FOIA request itself for a full and accurate statement of its contents.  Defendant further admits that, in conjunction with Plaintiffs' DOJ OIG FOIA request, Plaintiffs submitted a Certificate of Identity, Form DOJ-361, executed by Michael Cohen, which included Mr. Cohen's authorization to release information to Plaintiffs' counsel in this case.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegations in paragraph 17.

18.     Defendant admits the allegations contained in the first sentence of paragraph 18.  Defendant avers that, on December 16, 2021, DOJ OIG responded to Plaintiffs' FOIA request to acknowledge receipt and assign the following control number: 22-OIG-51.  The allegation in the second sentence of paragraph 18 consists of Plaintiffs' legal conclusions regarding exhaustion, to which no response is required.

The unnumbered paragraph beginning with "WHEREFORE" sets forth Plaintiffs' ultimate conclusions of law and prayer for relief, to which no response is required.  To the extent a response is required, Defendant denies that Plaintiffs are entitled to any of the relief they seek, or to any relief whatsoever.

Each and every allegation of the Complaint not heretofore expressly admitted or denied is hereby denied.

## **AFFIRMATIVE DEFENSES**

Plaintiffs are not entitled to compel the production of records exempt from disclosure by one or more of the exemptions to the FOIA, 5 U.S.C. § 552.

Dated:  February 23, 2022            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone:  (202) 616-8491
Fax:  (202) 616-8470
Email:  Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*