IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 1:22-cv-00092-JMC |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule in response to the Court's February 24, 2022 Minute Order.

1. Plaintiffs filed the above-captioned lawsuit against the U.S. Department of Justice ("DOJ") on January 13, 2022, seeking records from the Federal Bureau of Investigation ("FBI") and the DOJ Office of the Inspector General ("OIG") related to the investigation and prosecution of Mr. Michael Cohen, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. ECF No. 1, Complaint.

2. Defendant answered the complaint on February 23, 2022. ECF No. 8, Answer.

3. The OIG has completed its search and identified no responsive documents. On March 10, 2022, the OIG provided its final response to Plaintiffs' request.

4. The FBI has completed its search and is in the process of gathering all of the potentially responsive material that was identified so it can be reviewed to determine if any are responsive to Plaintiffs' request and, if so, whether any exemptions to disclosure apply under the FOIA. Once the FBI has finished gathering the potentially responsive material for review, it anticipates processing 500 pages per month, and it expects some of these pages will require

consultation with other entities with equities in the records before it can make a final decision regarding the release or withholding of the pages.

5. The parties have discussed the FBI's proposed processing of its potentially responsive materials for possible production.

6. Plaintiffs respectfully object to the FBI's production schedule of 500 pages per month, particularly on a topic that has received a great deal of news attention, and are willing to provide the Court with additional caselaw where the FBI (as well as other agencies) have been required to process far more than 500 pages per months. Given that the FBI has not yet indicated how many pages it has determined are responsive to the Plaintiffs' requests, it would appear premature to litigate the production schedule at this time.

7. In light of the FBI's continued work gathering the potentially responsive material for review, the parties respectfully propose that they continue filing joint status reports on a regular basis to update the Court on the Department's progress and that the next joint status report be due on or before April 8, 2022.

Dated:  March 10, 2022            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone:  (202) 616-8491
Fax:  (202) 616-8470
Email:  Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*


*/s/ Mark S. Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Ste. 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*