IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) | Case No. 1:22-cv-00092-JMC |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule in response to the Court's April 11, 2022 Minute Order.

1. Plaintiffs filed the above-captioned lawsuit against the U.S. Department of Justice ("DOJ") on January 13, 2022, seeking records from the Federal Bureau of Investigation ("FBI") and the DOJ Office of the Inspector General ("OIG") related to the investigation and prosecution of Mr. Michael Cohen, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. ECF No. 1, Complaint.

2. Defendant answered the complaint on February 23, 2022. ECF No. 8, Answer.

3. The OIG has completed its search and identified no responsive documents. On March 10, 2022, the OIG provided its final response to Plaintiffs' request. The Plaintiffs provided additional information to consider last month and the OIG is presently considering it. A further response to the Plaintiffs is anticipated later this week.

4. The FBI has completed its search and is still in the process of gathering all potentially responsive records for review and processing. Once the FBI has finished gathering the potentially responsive material for review, it anticipates processing 500 pages per month and making monthly rolling productions of non-exempt records. The FBI expects that some of these

1

pages will require consultation with other entities with equities in the records before it can make a final decision regarding the release or withholding of the pages.

5.    The parties have discussed the FBI's proposed processing of the potentially responsive materials.  Plaintiffs object to the FBI's processing rate of 500 pages per month, particularly on a topic that has received a great deal of news attention, and are willing to provide the Court with caselaw where the FBI (as well as other agencies) have been required to process far more than 500 pages per month. The FBI is likewise willing to support its proposed processing rate with caselaw authority.  However, given that the FBI is still in the process of gathering potentially responsive records, the parties agree it is premature to litigate the processing rate at this time.

6.    The Plaintiffs have requested the FBI to begin piece-meal processing and release of non-exempt records as it identifies responsive records, as well as to provide a date certain by which all processing is expected to be completed. Additionally, the Plaintiffs have requested specific information to be prioritized for review and release as appropriate.  The FBI is presently considering these requests.

7.    In light of the current circumstances and a mutual desire to continue forward movement of this litigation, the parties respectfully propose that their next joint status report be due on or before May 23, 2022.

Dated:  May 9, 2022		Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

/s/ Olivia Hussey Scott
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*

/s/ Mark S. Zaid
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Ste. 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*