IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT**

Defendant hereby move for an extension of the deadline for the parties to file their Joint Status Report by three business days, to Wednesday, November 8, 2023. In support of this motion, Defendant submits:

1. The parties Joint Status Report is due Friday, November 3, 2023.

2. Good cause exists for the requested extension because undersigned counsel will be out of the office for medical reasons the week before the current deadline, and the parties require the additional time to confer and prepare the joint filing. Also, this requested extension will not affect Defendants' progress reviewing the records that are potentially responsive to Plaintiffs' FOIA request, *see generally* ECF 25, and so this extension will not unduly delay the proceedings in this case.

3. Pursuant to LCvR 7(m), undersigned counsel conferred with Plaintiffs' counsel who identified that Plaintiffs consent to this requested extension.

1

4. Accordingly, Defendant respectfully asks the Court to grant Defendant's motion for an extension of time, whereby the parties' joint status report shall be filed on or before November 8, 2023.

Dated: October 26, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov
*Counsel for Defendant*