IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE,  ) | |
| ) | |
| Defendant.  ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT**

Defendant hereby move for a brief extension of the deadline for the parties to file their Joint Status Report by two days, to Wednesday, January 10, 2024. In support of this motion, Defendant submits:

1. The parties Joint Status Report is due Monday, January 8, 2024.

2. Good cause exists for the requested extension because the parties have already exchanged a draft of the report and the parties require the additional time to confer and finalize the joint filing. Also, this requested extension will not affect Defendants' progress reviewing the records that are potentially responsive to Plaintiffs' FOIA request, *see generally* ECF 25, and so this extension will not unduly delay the proceedings in this case.

3. Pursuant to LCvR 7(m), undersigned counsel conferred with Plaintiffs' counsel who identified that Plaintiffs consent to this requested extension.

4. Accordingly, Defendant respectfully asks the Court to grant Defendant's motion for an extension of time, whereby the parties' joint status report shall be filed on or before January 10, 2024.

1

Dated:  January 8, 2024                 Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        ELIZABETH J. SHAPIRO
                                        Deputy Branch Director, Federal Programs Branch

                                        */s/ Olivia Hussey Scott*
                                        Olivia Hussey Scott
                                        Senior Counsel, Federal Programs Branch
                                        U.S. Department of Justice, Civil Division
                                        1100 L Street, N.W., Room 11115
                                        Washington, D.C. 20005
                                        Telephone:  (202) 616-8491
                                        Fax:  (202) 616-8470
                                        Email:  Olivia.Hussey.Scott@usdoj.gov
                                        *Counsel for Defendant*