IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR AN EXTENSION OF TIME
FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT**

Defendant hereby moves for a brief extension of the deadline for the parties to file their Joint Status Report by one business day, to Monday, February 12, 2024. In support of this motion, Defendant submits:

1. The parties Joint Status Report is due Friday, February 9, 2024.

2. Good cause exists for the requested extension because Defendants require additional time to finalize a draft of the report, to confer with Plaintiffs on both the substance and any necessary edits, and then finalize the joint filing. Although this requested extension is needed for the joint filing, it will not affect Defendants' progress reviewing the records that are potentially responsive to Plaintiffs' FOIA request, *see generally* ECF 31, and so this extension will not unduly delay the proceedings in this case.

3. Pursuant to LCvR 7(m), undersigned counsel conferred with Plaintiffs' counsel, who consented to this requested extension.

4. Accordingly, Defendant respectfully asks the Court to grant Defendant's motion for an extension of time, whereby the parties' joint status report shall be filed on or before February 12, 2024.

Dated: February 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov
*Counsel for Defendant*