IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties, by counsel, respectfully submit this Joint Status Report in response to the Court's Minute Orders, dated September 1, 2023, and January 22, 2024.

1. Plaintiffs seek records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, from the Federal Bureau of Investigation ("FBI") and the DOJ Office of the Inspector General ("OIG") related to the investigation and prosecution of Mr. Michael Cohen.

2. The OIG has completed its search and identified no responsive documents in its March 10, 2022 final response. The parties conferred shortly thereafter on questions raised by Plaintiffs at the time to see if they could narrow the scope of any dispute. On December 28, 2022, the OIG provided Plaintiffs with its response to Plaintiffs' most recent position. Since then, Plaintiffs have been considering OIG's response, which will be influenced by the FBI's final response.

3. The FBI's search for Plaintiffs' request identified approximately 47,000 potentially responsive pages,[1] and the FBI is currently processing these pages on a rolling basis

---

[1] The parties agreed not to search for or process any grand jury material.

at its standard rate of 500 pages per month.[2]  Since August 22, 2022, the FBI has provided Plaintiffs with interim response letters covering its review of records—these interim response letters identify for each month the number of pages reviewed, the FBI's determinations, if any, for those pages, and the number of pages for which the FBI requested consultation from Other Government Agencies ("OGAs").[3]

4. The FBI has sought consultations in this case from over 25 OGAs with overlapping equities in the potentially responsive pages.  *See* ECF No. 33, Joint Status Report ("JSR"), filed February 12, 2024, ¶¶ 4-5; *see also* ECF 17-1, Declaration of Joseph E. Bender, the Acting Section Chief for the FBI's Record/Information Dissemination Section (RIDS) ("Bender Decl."), ¶ 4.  Although the FBI cannot disclose to Plaintiffs at this juncture the entire list of OGAs with records subject to the FBI's consultation requests, the United States has publicly identified that the U.S. Attorneys' Office for the Southern District of New York ("SDNY") is one of the OGAs that the FBI has consulted with in this case.  ECF No. 33, ¶ 4.  Given that Plaintiffs' request seeks FBI records related to the investigation and prosecution of Michael Cohen and one such investigation and prosecution was jointly handled by the FBI with SDNY, the FBI's review has identified possible SDNY equities in, and requested SDNY's consultation for, the majority of the potentially responsive pages.  The FBI expects its ongoing

---

[2] At Plaintiffs' request, the FBI agreed to prioritize the processing of FD-302s, the forms used by the FBI to record investigative activity, without prioritizing at this point the attachments or media associated with FD-302s.  The parties have agreed to postpone FBI's processing of all attachments and media, with the plan to revisit the processing of attachments and media after the parties have a better sense of what those records might contain.

[3] To date, the FBI has sent interim response letters to Plaintiffs on the following dates: August 22, September 22, October 21, November 22, and December 22, 2022; January 20, February 22, March 22, April 21, May 22, June 22, July 21, August 22, September 22, October 20, November 22, and December 22, 2023; as well as January 22, and February 22, 2024.  The FBI has also sent supplemental interim response letters to Plaintiffs on July 6, 2022, and March 8, 2024.

review will continue to identify records that require SDNY's consultation as well as consultations that are needed from other OGAs.  *See id.*

5.  The FBI's consultation process in this case has been time-consuming and necessarily iterative, as some OGA responses have requested that the FBI provide additional information about the potentially responsive pages or identified additional OGAs with equities in the potentially responsive pages that the FBI must consult.  *See id.*, ¶¶ 5, 8-10.  Also, the FBI has had to resend its requests to several of the OGAs, including because of an inadvertent miscommunication between agencies that delayed SDNY's receipt of all the pages that the FBI had sent for consultation.  *Id.*, ¶ 9.

6.  Last month, Defendants reported that SDNY and the FBI were working directly together to make sure SDNY obtained copies of all pages sent for consultation and that, since November 2023, SDNY had provided responses to the FBI on approximately 2,000 of the pages subject to consult.  *Id.*  Defendants also reported that SDNY expected to continue its review for this case at a rate of approximately 500 pages per month and explained that SDNY's specific pace of review depends on the substance and equities presented in the particular records.  *Id.,* ¶ 10 (explaining that SDNY's review has "required painstaking and time-intensive review (by Assistant U.S. Attorneys who have other litigating and prosecutorial responsibilities) and coordination with multiple DOJ components" and "raised questions that require further discussion (with the FBI and other offices outside of SDNY) related to both responsiveness and applicable exemptions before SDNY's consultation response can be finalized.").

7.  The FBI and SDNY have now resolved the prior miscommunication and confirmed that SDNY has copies of all pages subject to FBI's consultation requests to SDNY.

Also, SDNY has continued its review and provided responses to the FBI's consultation requests on more than 500 pages since the parties' last report.

8. The FBI is currently reviewing SDNY's responses and working to finalize its determinations as the OGA consultations are resolved. As noted previously, the FBI is processing OGA consultation responses "without reducing its processing rate for the potentially responsive records that still need to be reviewed in the queue—i.e., the FBI will finalize its determinations on the consulted potentially responsive pages in addition to its continued processing of 500 pages a month." ECF No. 33, ¶ 12.

9. To date, the FBI has reviewed and provided initial interim responses to Plaintiffs on 9,345 pages (Bates numbered FBI(22-cv-0092)-0001 to FBI(22-cv-0092)-9345), including via its most recent interim response letter dated February 22, 2024. The FBI has also provided Plaintiffs with supplemental interim responses for records that it had previously identified as subject to consultation, by letters dated July 6, 2023, and March 8, 2024.

10. <u>Plaintiffs' Response</u> – The continuing efforts of the Defendant and those agencies sent consultations/referrals are appreciated, but many of the concerns identified by the Plaintiffs in the parties' last Joint Statues Report dated February 12, 2024 (Dkt. 33), which was discussed at the Status Conference on February 13, 2024, still remain an issue, particularly that the 500 page monthly review rate by SDNY is objectionable and that no anticipated or projected end dates are in sight, despite more than two years of litigation. The Plaintiffs will, however, wait until the next Joint Status Report is due to see if any significant progress has been made by the Defendant and if not will request another Status Conference at that time to discuss possible future steps.

* * * *

11. The current schedule calls for submission of joint status reports every 30 days, *see* Minute Order, dated September 1, 2023, and so the parties' next report is thus due on April 12, 2024.

Dated:  March 13, 2024                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia R. Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone:  (202) 616-8491
Fax:  (202) 616-8470
Email:  Olivia.Hussey.Scott@usdoj.gov
*Counsel for Defendant*


*/s/ Mark S. Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Ste. 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com
*Counsel for Plaintiffs*