IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### **PLAINTIFFS' NOTICE OF FILING OF RELEVANT INFORMATION**

The Plaintiffs, by and through their undersigned counsel, hereby respectfully submit to this Court two articles discussing relevant new facts that may impact the processing of this Freedom of Information Act lawsuit which seeks disclosure of non-exempt records pertaining to Michael Cohen and the investigation of him by the Defendant and its components.

1. Daily Beast, *DOJ Sat on Michael Cohen Records for Years—Then Dumped Them on Trump*, March 22, 2024, available at *https://www.thedailybeast.com/doj-sat-on-cohen-records-for-yearsthen-dumped-them-on-trump*, attached at Exhibit "1";

2. Salon, *I got my own Trump document dump — and it makes clear why his election interference case is delayed*, March 23, 2024, available at *https://www.salon.com/2024/03/23/i-got-my-own-document-dump--and-it-makes-clear-why-his-interference-case-is-delayed/*, attached at Exhibit "2".

In their last Joint Status Report filed on March 13, 2024 (Dkt. 35), the Parties suggested they file their next update to the Court on or before April 13, 2024. Although it does not yet appear the Court has formally adopted that date, whenever the next Joint Status Report is due the Plaintiffs will expect the Defendant to address this latest factual development and describe how, if at all, it impacts the processing of their FOIA requests.

Dated:  March 25, 2024

                Respectfully submitted,

                */s/ Mark S. Zaid*
                Bradley P. Moss, Esq.
                D.C. Bar #975905
                Mark S. Zaid, Esq.
                D.C. Bar #440532
                Mark S. Zaid, P.C.
                1250 Connecticut Avenue, N.W.
                Ste. 700
                Washington, D.C. 20036
                (202) 498-0011
                (202) 330-5610 fax
                Brad@MarkZaid.com
                Mark@MarkZaid.com
                *Counsel for Plaintiffs*