**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JAMES MADISON PROJECT*, et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**STATUS REPORT**

Defendant respectfully submits this Status Report in response to the Court's Minute Orders,

dated September 1, 2023, and January 22, 2024.

1.      Plaintiffs seek records under the Freedom of Information Act ("FOIA"), 5 U.S.C.

§ 552, from the Federal Bureau of Investigation ("FBI") and the DOJ Office of the Inspector

General ("OIG") related to the investigation and prosecution of Mr. Michael Cohen.

2.      As previously reported, the OIG has completed its search and identified no

responsive documents in its March 10, 2022 final response.

3.      Also as previously reported, the FBI's search for Plaintiffs' request identified

approximately 47,000 potentially responsive pages,[1] and the FBI is continuing to process these

pages on a rolling basis at its standard rate of 500 pages per month.[2]  Since August 22, 2022, the

FBI has provided Plaintiffs with interim response letters covering its review of records—these

interim response letters identify for each month the number of pages reviewed, the FBI's

---

[1] The parties agreed not to search for or process any grand jury material.

[2] At Plaintiffs' request, the FBI agreed to prioritize the processing of FD-302s, the forms used by the FBI to record investigative activity, without prioritizing at this point the attachments or media associated with FD-302s.  The parties have agreed to postpone FBI's processing of all attachments and media, with the plan to revisit the processing of attachments and media after the parties have a better sense of what those records might contain.

determinations, if any, for those pages, and the number of pages for which the FBI requested consultation from Other Government Agencies ("OGAs").[3]

4.     To date, the FBI has reviewed and provided initial interim responses to Plaintiffs on 16,358 pages (Bates numbered FBI(22-cv-0092)-0001 to FBI(22-cv-0092)-16358), including via its most recent interim response letter dated April 22, 2025. The FBI has also provided Plaintiffs with supplemental interim responses for records that it had previously identified as subject to consultation, by letters dated July 6, 2023; March 8, 2024; July 2, 2024; August 19, 2024; and November 15, 2024.

* * * *

5.     The current schedule calls for submission of joint status reports every 30 days, *see* Minute Order, dated September 1, 2023, and so the parties' next report is due on June 11, 2025.

Dated:  May 12, 2025                              Respectfully submitted,

                                                 YAAKOV A. ROTH
                                                 Acting Assistant Attorney General

                                                 ELIZABETH J. SHAPIRO
                                                 Deputy Branch Director, Federal Programs Branch

                                                 */s/ Cassandra M. Snyder*
                                                 Cassandra M. Snyder
                                                 Trial Attorney
                                                 Federal Programs Branch
                                                 U.S. Department of Justice, Civil Division

---

[3] To date, the FBI has sent interim response letters to Plaintiffs on the following dates: August 22, September 22, October 21, November 22, and December 22, 2022; January 20, February 22, March 22, April 21, May 22, June 22, July 21, August 22, September 22, October 20, November 22, and December 22, 2023; as well as January 22, February 22, March 22, April 22, May 22, June 21, July 22, August 22, September 20, October 22, November 22, and December 20, 2024; and January 22, February 21, March 21, April 22, 2025.  The FBI has also sent supplemental interim response letters to Plaintiffs on July 6, 2023; and March 8, July 2, August 19, and November 15, 2024.

1100 L Street, N.W., Room 11204
Washington, D.C. 20005
Telephone:  (202) 451-7729
Fax:  (202) 616-8470
Email:  Cassandra.M.Snyder@usdoj.gov

*Counsel for Defendant*


*/s/ Mark S. Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Ste. 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*

3