## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-00092-JMC |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR AN OUT-OF-TIME EXTENSION OF THE DEADLINE TO FILE A JOINT STATUS REPORT

The parties hereby move for an extension, *nunc pro tunc*, of their deadline to file a Joint Status Report by two days, until Friday, January 9, 2026. In support, the parties submit:

1. The parties Joint Status Report was due on Wednesday, January 7, 2026, but not filed until Friday, January 9, 2026. ECF No. 59, Joint Status Report.

2. Defendant's counsel typically drafts these reports for the parties but inadvertently mis-calendared the deadline for this joint report. After the deadline Plaintiffs' counsel recognized the error and inquired, and the parties promptly worked to draft and file their joint report. The parties apologize to the Court for any inconvenience caused by this delay and seek a brief, two-day extension of the deadline, *nunc pro tunc*, to January 9, 2026. This extension will not otherwise affect the deadlines in this case.

3. Accordingly, the parties respectfully ask the Court to grant their joint motion for an extension, *nunc pro tunc,* of the deadline to file a Joint Status Report.

Dated: January 9, 2026          Respectfully submitted,

                                BRETT A. SHUMATE
                                Assistant Attorney General, Civil Division

1

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel, Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 11115
Washington, D.C. 20005
Telephone:  (202) 616-8491
Fax:  (202) 616-8470
Email:  Olivia.Hussey.Scott@usdoj.gov
*Counsel for Defendant*

*/s/ Mark S. Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Ste. 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*