**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE JAMES MADISON PROJECT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:22-cv-00092-JMC |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Defendant respectfully submits this Status Report in response to the Court's Minute Orders, dated September 1, 2023, and January 22, 2024.

1. Plaintiffs seek records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, from the Federal Bureau of Investigation ("FBI") and the DOJ Office of the Inspector General ("OIG") related to the investigation and prosecution of Mr. Michael Cohen.

2. As previously reported, the OIG completed its search and identified no responsive documents in its March 10, 2022 final response.

3. Also as previously reported, the FBI's search for Plaintiffs' request identified approximately 47,000 potentially responsive pages.[1] The FBI is continuing to process these pages on a rolling basis at its standard rate of 500 pages per month,[2] and the FBI has generally provided Plaintiffs with monthly interim response letters covering its review of records. These interim response letters identify the number of pages reviewed, the FBI's determinations, if any, for those

[1] The parties agreed not to search for or process any grand jury material.

[2] At Plaintiffs' request, the FBI agreed to prioritize the processing of FD-302s, the forms used by the FBI to record investigative activity, without prioritizing at this point the attachments or media associated with FD-302s. The parties have agreed to postpone FBI's processing of all attachments and media, with the plan to revisit the processing of attachments and media after the parties have a better sense of what those records might contain.

pages, and the number of pages for which the FBI requested consultation from Other Government Agencies ("OGAs").

4. To date, the FBI has reviewed and provided initial interim responses to Plaintiffs on 23,378 pages (Bates numbered FBI(22-cv-0092)-0001 to FBI(22-cv-0092)-23378), including via its most recent interim response letter dated August 21, 2026. The FBI anticipates sending its next interim response letter to Plaintiffs on or around September 22, 2026. The FBI has also provided Plaintiffs with supplemental interim responses for records that it had previously identified as subject to consultation, by letters dated July 6, 2023; March 8, 2024; July 2, 2024; August 19, 2024; November 15, 2024; July 22, 2026; and August 21, 2026.

* * * *

5. The current schedule calls for submission of joint status reports every 30 days, *see* Minute Order, dated September 1, 2023, and so the next report is due on or before October 5, 2026.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch

*/s/ Olivia Hussey Scott*
Olivia Hussey Scott
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8491
Fax: (202) 616-8470
Email: Olivia.Hussey.Scott@usdoj.gov

*Counsel for Defendant*

*/s/ Mark S. Zaid*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Ste. 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

*Counsel for Plaintiffs*